IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00657-WYD-CBS

GERALD KOCH and
ROSEMARIE KOCH,

     Plaintiffs,

v.

NELSON, WATSON & ASSOCIATES, LLC, a Massachusetts limited liability company,

     Defendant.

_____

**ORDER OF DISMISSAL**
_____

     The parties filed an Unopposed Motion to Dismiss with Prejudice on August 11, 2006.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

     ORDERED that the Unopposed Motion to Dismiss with Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, the parties to pay their own costs and attorney's fees.

     Dated:  August 11, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge